# Court of Appeals
# of the State of Georgia

ATLANTA,  March 13, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0258.  DANIEL TAYLOR v. THE STATE.

Daniel Taylor has filed an application for discretionary review of the trial court's order denying in part his request for copies of various documents, including transcripts from a Grand Jury hearing.  Taylor asserts that he needs these documents to support his habeas action.

Taylor's motion for documents at government expense was, essentially, a mandamus petition.  See *Coles v. State*, 223 Ga. App. 491 (1) (477 SE2d 897) (1996); *Rogers v. Wood*, 263 Ga. 568 (436 SE2d 495) (1993).  Therefore, the Supreme Court has appellate jurisdiction over the trial court's order denying his request. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of this [the Supreme] Court . . ."). Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/13/2013
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



_____ , Clerk.